IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00025-PSF-MJW

TATONKA CAPITAL CORPORATION, a Colorado corporation,

    Plaintiff,

v.

PACIFIC WILDFIRE, LLC, a Nevada limited liability company;
ERIC HELPENSTELL, an individual; and
TYLER ROBERTSON, an individual,

    Defendants.

## ORDER DIRECTING REMAND TO STATE COURT

    It appears to this Court, upon Plaintiff's Unopposed Motion to Remand (Dkt. # 5), that this case was improperly removed from the Denver District Court. It is accordingly hereby

    ORDERED that this case be REMANDED to the Denver District Court.

    DATED: January 11, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge